IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KIMBERLY TURNBAUGH,                              CIVIL ACTION

      :

    Plaintiff,                                   NO.   17-3187

   v.

      :

SHK MANAGEMENT, INC.,
*doing business as*
KORMAN COMMUNITIES

      :

    Defendant.

## **ORDER**

AND NOW, this 14th day of March, 2018, upon the representations made to this

court by counsel, it is hereby ORDERED that the above-captioned action is DISMISSED WITH

PREJUDICE AND WITHOUT COSTS, pursuant to Local Rule 41.1(b).

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. DARNELL JONES, II     J.